| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) HALL, JANET C. | 2. Court or Organization U.S. District Court (D.CT) | 3. Date of Report 5/7/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address U.S. District Court 915 Lafayette Blvd. Bridgeport, CT 06604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 11 A 10: 19 FINANCIAL DISCLOSURE OFFICE

Hall_Janet_C

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/7/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Self-employed lawyer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | 5/01 | New York, New York | FBC Law Day Event | Dinner |
| 2. | Federal Bar Council | 10/24 - 10/26 | Lenox, MA | Fall Bench/Bar Conference | Hotel and Meals |
| 3. | Federal Bar Council | 11/26 | New York, New York | FBC Annual Luncheon | Lunch |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/7/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S. Dept. Education | Student Loan | K |
| 2. Citizens Bank | Line of Credit | K |
| 3. Citizens Bank | Student Loan | J |
| 4. Sallie Mae | Student Loan | K |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from pr or disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State of Israel Bond - Exp. 1/01/13 | B | Interest | K | T | | | | | |
| 2. Templeton Dragon Fund | A | Dividend | K | T | | | | | |
| 3. Templeton Global Small Cos Growth Fd Cl 1 Mutual Fund | A | Dividend | J | T | | | | | |
| 4. Mutual Qualified FD CL 2 Mutual Series | D | Dividend | M | T | | | | | |
| 5. Chartlinks, L.P. | | None | J | W | | | | | |
| 6. Strips-tprp Pmt on 10.625 2015 T/Bond-8/15/2015 | A | Interest | J | T | | | | | |
| 7. Strips Tint-US Treasury Mat. 11/15/20 | A | Interest | J | T | | | | | |
| 8. Vanguard Windsor II Fund | B | Dividend | L | T | Buy | 12/23 | J | | |
| 9. Mutual Discovery Fund CL2 (Note) | B | Dividend | K | T | | | | | |
| 10. ██████ P.C. (Note) | | None | M | W | | | | | |
| 11. Partnership Interest in Whitney-Humphrey Assc. (Note) | A | Distribution | K | W | | | | | |
| 12. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 13. Trav. Life & Annuity Policy (universal life) | B | Interest | K | T | | | | | |
| 14. Crown Life Ins. Co. (whole life policy) | C | Interest | L | T | | | | | |
| 15. Columbia Value Rest. Fund (Note) | B | Dividend | L | T | Sold (part) | 1/17 | K | E | |
| 16. | | | | | Sold (part) | 7/1 | K | E | |
| 17. Royce Total Return Fund | B | Dividend | K | T | Sold (part) | 1/17 | K | D | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/7/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 6/30 | K | D | |
| 19. Schwab US Treas Money Fund | B | Interest | L | T | | | | | |
| 20. Sound Shore Fund | B | Dividend | M | T | | | | | |
| 21. Thornburg Value Fund CL.A | A | Dividend | L | T | | | | | |
| 22. Westport Select Cap.CL.R | | None | M | T | Sold (part) | 12/23 | K | | |
| 23. Schwab Value Advantage Money Fund | D | Dividend | O | T | Buy | 4/28 | M | | |
| 24. | | | | | Buy (add'l) | 7/15 | N | | |
| 25. | | | | | Buy (add'l) | 8/26 | L | | |
| 26. Oakmark Select Fund (Note) | A | Dividend | J | T | Sold (part) | 1/17 | L | A | |
| 27. | | | | | Sold (part) | 6/30 | K | A | |
| 28. Wells Fargo Adv S/C Value Z | | None | K | T | Sold (part) | 1/17 | K | D | |
| 29. | | | | | Sold (part) | 6/30 | K | D | |
| 30. Citizens Bank | B | Interest | K | T | | | | | |
| 31. Muhlenkamp Fund | A | Dividend | L | T | Sold (part) | 1/17 | K | A | |
| 32. AMR Corp. | | None | J | T | | | | | |
| 33. Artisan Int'l Small Cap | C | Dividend | M | T | | | | | |
| 34. Calamos Growth Fund - A | | None | M | T | Sold (part) | 1/17 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 7/1 | K | D | |
| 36. | | | | | Sold (part) | 11/24 | K | | |
| 37. Third Ave. Real Est. Value Fund | A | Dividend | J | T | | | | | |
| 38. Third Ave. International Value Fund | A | Dividend | K | T | Buy | 4/30 | J | | |
| 39. Buffalo Sm. Cap Fund | D | Dividend | M | T | Partial Sale | 6/30 | K | | |
| 40. T. Rowe Price MidCap Growth | A | Dividend | K | T | Partial Sale | 11/26 | K | | |
| 41. T. Rowe Price Cap.App.Fund | C | Dividend | M | T | Buy | 4/30 | J | | |
| 42. Marsico Growth Fund | A | Dividend | L | T | Buy | 4/30 | J | | |
| 43. | | | | | Sold (part) | 7/1 | K | | |
| 44. iShare MSCI Canada Index Fund | | None | | | Sold | 8/26 | J | C | |
| 45. Fidelity Cash Acct. | A | Interest | L | T | | | | | |
| 46. Bank of America | A | Interest | J | T | | | | | |
| 47. Vanguard Global Equity Fund | | None | | | Sold (part) | 8/26 | J | A | |
| 48. | | | | | Sold (part) | 11/24 | K | | |
| 49. Vanguard Int'l. Growth Fund | A | Dividend | J | T | Sold (part) | 10/8 | K | | |
| 50. iShares MSCI Brazil Free Index | | None | | | Sold | 10/8 | K | D | |
| 51. iShares TR S&P Latin America | | None | | | Sold (part) | 8/26 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/7/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 10/8 | J | C | |
| 53. Schwab Bank | A | Interest | M | T | | | | | |
| 54. T. Rowe Price Growth Stock Fund | | None | | | Sold (part) | 10/8 | J | | |
| 55. | | | | | Sold | 11/24 | J | | |
| 56. Davis NT Venture Fd - A | B | Dividend | L | T | Buy | 4/30 | J | | |
| 57. Artisan Mid-Cap Value FD (Note) | A | Dividend | L | T | Buy | 4/30 | K | | |
| 58. Dodge & Cox Int'l. Stock | B | Dividend | K | T | | | | | |
| 59. Vanguard Strategic Equity | A | Dividend | J | T | | | | | |
| 60. Wells Fargo Adv. Small/Mid-Cap Value Fund | | None | L | T | | | | | |
| 61. Storage Inn Ltd. (Note) | F | Interest | L | W | | | | | |
| 62. Arcadia Wind Farms Energies Ltd | | None | L | W | | | | | |
| 63. Limited Partner, Cummings Drive Family L.P. | C | Dividend | L | T | | | | | |
| 64. Marisco International | A | Dividend | K | T | | | | | |
| 65. iShares INC MSCI EMU Index Fund | A | Dividend | J | T | | | | | |
| 66. Vanguard European Fund | B | Dividend | | | Sold | 10/08 | K | | |
| 67. iShares MSCI PacEx Jap PAC | B | Dividend | | | Sold | 10/08 | K | | |
| 68. Plug Power Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/7/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IShares MSCI Aus. LDX | A | Dividend | | | Sold | 6/30 | K | | |
| 70. T. Rowe Price Group A | A | Dividend | J | T | Sold (part) | 6/30 | J | A | |
| 71. Buffalo Mid-Cap | A | Dividend | J | T | | | | | |
| 72. Pax World Balance Fund | A | Dividend | J | T | | | | | |
| 73. BlackRock Global | B | Dividend | K | T | Buy | 1/29 | K | | |
| 74. Morgan Stanley Bank CD | A | Interest | L | T | Buy | 11/24 | L | | |
| 75. Mutual Qualified Fund (Note) | D | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/7/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII:

Lines 9 & 75: It apears that, on last year's report, I mistakenly combined Mutual Qualified Fund (Line 75) and Mutual Discovery Fund (Line 9); they should have been reported separately.
Line 10: Passive income from sub-chapter S corporation.
Line 11: The appraisal date is 12/20/96.
Line 15: Name change: Excelsior Value and Restructuring became Columbia Value Restructuring.
Line 26: Contains line 22 plus line 29 from last year's report.
Line 57: Contains lines 65 and 66 from last year's report.
Line 61: Column B1 + 2 reflects a return of capital (no sale involved).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Si

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY F         VIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544